# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9701 | **DATE** | 12/12/2012 |
| **CASE TITLE** | DR. JAIME AWE v. WILLIAM J. HOMANN *et al.* | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint [1] is dismissed without prejudice on jurisdictional grounds. Although plaintiff asserts federal jurisdiction based on diversity, he fails to plead facts establishing the amount in controversy and complete diversity of citizenship. *See* 28 U.S.C. § 1332(a). Plaintiff's allegations regarding individual defendants' "residence" are insufficient to establish citizenship for purposes of diversity. *See Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction."). Corporate defendants are deemed citizens of each state in which they are incorporated *and* the state of their principal place of business; plaintiff's allegations plead only the former. *See* 28 U.S.C. § 1332(c)(1).

*Suzanne B. Conlon*

Docketing to mail notices

| | Courtroom Deputy Initials: | MG |
|---|---|---|